# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LIBERTY MUTUAL GROUP, | : | |
|    Plaintiff | : | |
| | : | CIVIL ACTION |
|         v. | : | |
| | : | NO. 09-3941 |
| IRENE THOMAS, | : | |
|    Defendant | : | |

## ORDER

**AND NOW**, this __24th_ day of March 2010, it is **ORDERED** that Defendant's Motion to Dismiss (Doc. # 4) is **GRANTED.**

s/Anita B. Brody

_____
ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:         Copies **MAILED** on _____ to: